UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 00-122L

NICKOYAN WALLACE

ORDER APPOINTING CJA PANEL ATTORNEY

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that CJA Panel Attorney WILLIAM C. DIMITRI be appointed to represent said defendant in this cause until further order of the Court.

By Order

Deputy Clerk
June 23, 2006

ENTER:

David L. Martin
U.S. Magistrate Judge
June 23, 2006