UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | CR No.: 00-122L |
| | : | |
| NICKOYAN WALLACE | : | |

**ENTRY OF APPEARANCE**

I, WILLIAM C. DIMITRI, ESQ., hereby enter my appearance for the within named defendant, Nickoyan Wallace.

NICKOYAN WALLACE
By his attorney,

William C Dimitri

WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (301) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Entry of Appearance was mailed on the 11th day of August, 2006, to: Lee Vilker, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Dolores Bucci