UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR00-122L

NICKOYAN WALLACE

MOTION TO CONTINUE SENTENCING

NOW COMES the defendant Nickoyan Wallace by and through counsel and moves that the sentencing presently scheduled for September 26, 2006 be rescheduled for one month.

In support of this motion counsel avers that he was appointed to represent the defendant in a re-sentencing hearing on June 23rd of this year.

Counsel had no previous contact with the defendant and to this date has not had any contact with the defendant for the simple reason that counsel had no information on the case or knowledge of the defendant's offense conduct or how the sentencing guidelines "played out" as they related to this defendant.

On August 17, 2006 the U. S. Attorney's office, ADA Lee Vilker forwarded copies of the defendant's past PSR including the amended version as well as this court's Memorandum and Order following the defendant's motion to vacate and set aside sentence pursuant to 28 U.S.C. section 2255.

Counsel then received the new presentence report on August 24th 2006 and proceeded to review all of the available materials on August 25th.

Counsel has not met or had the opportunity to speak with the defendant to discuss the presentence report and this in large part due to the defendant's placement at FCI Ray Brook in New York. Certainly counsel could travel to Ray Brook to meet with the defendant and is willing to do so but having just received the relevant material remains desirous of obtaining more time to meet with him and respond to the PSR accordingly. The necessity of meeting with the defendant is obvious for the simple reason that the defendant is entitled to review his PSR and discuss it with counsel prior to sentencing.

In addition to the obvious reasons of full disclosure to the defendant and access to counsel there should be discussions between counsel and client based on counsel's initial review of the PSR, about whether the defendant should proceed with resentencing or withdraw his already granted "2255" petition.

Wherefore, counsel for the defendant Nickoyan Wallace moves that the sentencing hearing in this matter be continued to sometime during the week of October 22, 2006.

NICKOYAN WALLACE
By his attorney,

*William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)
Bill@dimitri-perkins.com

Granted:

Ronald R. Lagueux
Sr. USDJ 9/19/06