CR00-122 S

# United States Court of Appeals
## For the First Circuit

No. 06-2606

UNITED STATES,
Appellee,

v.

NICKOYAN WALLACE,
Defendant, Appellant.

**ORDER OF COURT**

Entered: May 10, 2007

The motion to stay this resentencing appeal pending the district court's resolution of the matter recently remanded in Wallace v. United States, No. 06-1981 (1st Cir. Feb. 16, 2007), is granted. The parties are directed promptly to notify this court once the district court has ruled on the habeas claims it had previously left unresolved.

The clerk is hereby directed to send a certified copy of this order to the district court.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[certified copies: Honorable Ronald R. Lagueux,
David DiMarzio, Clerk, United States District Court
for the District of Rhode Island]
[cc: James M. Fox, Donald Lockhart, AUSA]